**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

UNITED STATES OF AMERICA,

v.

DUWAN JEREMY SUMIEL, Criminal No. 3:26-cr-50

Defendant.

**ORDER**

For the reasons set forth on the record in the hearing held on October 1, 2026, it is hereby ORDERED that the Defendant shall, by October 8, 2026, file a brief on the question of whether, in deciding on a motion for variance, the district court is bound by a decision of the circuit foreclosing the same argument with respect to objections to the Presentence Report. The Government shall file its opposition by October 16, 2026, and the Defendant shall file a reply by October 23, 2026.

It is further ORDERED that, to accommodate the requested briefing and the above schedule, the sentencing hearing is continued until Friday, November 13, 2026, at 10:00 A.M.

It is so ORDERED.

/s/ REP

Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: October 1, 2026