**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF VIRGINIA**
**Richmond Division**

UNITED STATES OF AMERICA,

v.

DUWAN JEREMY SUMIEL, Criminal No. 3:26-cr-50

Defendant.

**ORDER**

For the reasons stated on the record at the sentencing hearings held on October 1, 2026, and November 13, 2026, it is hereby ORDERED that the UNITED STATES' MOTION FOR ADDITIONAL ONE-LEVEL REDUCTION FOR TIMELY ACCEPTANCE OF RESPONSIBILITY (ECF No. 26) is granted. It is also ORDERED that, for the reasons stated on the record during those hearings, that MR. SUMIEL'S MOTION FOR A DOWNWARD VARIANCE (ECF No. 28) is denied.

It is so ORDERED.

/s/ REP

Robert E. Payne
Senior United States District Judge

Richmond, Virginia
Date: November 13, 2026